Keely E. Duke
ISB# 6044; ked@dukescanlan.com
Kevin A. Griffiths
ISB# 8187; kag@dukescanlan.com
**DUKE SCANLAN & HALL, PLLC**
P.O. Box 7387
Boise, Idaho 83707
Telephone: (208) 342-3310
Facsimile: (208) 342-3299

Mark B. Conlan (ISB #9028)
Michael F. Quinn (admitted *pro hac vice*)
Christopher Walsh (admitted *pro hac vice*)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500

*Counsel to James R. Zazzali, Trustee for the
DBSI Estate Litigation Trust*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the Debtors' Jointly-Administered Chapter 11 Estates and/or as Litigation Trustee DBSI Estate Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS L. SWENSON, et al.<br><br>Defendants. | No. 1:13-cv-00086-MJP<br><br><br>**DECLARATION OF MATTHEW R. MCKINLAY IN SUPPORT OF PLAINTIFF TRUSTEE'S SECOND MOTION FOR ORDER GRANTING FINAL JUDGMENT ON DEFAULT AGAINST DEFENDANT DOUGLAS L. SWENSON** |

Matthew R. McKinlay declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury as

follows:

(1)     I was employed as a Director of Finance and Accounting for DBSI Inc. ("DBSI")

and now serve in the same capacity on behalf of the DBSI Liquidating Trust (the "Trust"), which

**DECLARATION OF MATTHEW R. MCKINLAY IN SUPPORT OF PLAINTIFF TRUSTEE'S MOTION FOR ORDER GRANTING FINAL JUDGMENT ON DEFAULT AGAINST DEFENDANT DOUGLAS L. SWENSON - 1**

Trust was created under the *Second Amended Joint Chapter 11 Plan of Liquidation Filed by the Chapter 11 Trustee and the Official Committee of Unsecured Creditors* [*In re DBSI Inc.*, Case No. 08-12687 (PJW), United States Bankruptcy Court for the District of Delaware, Docket No. 5699], which was confirmed by Order of the Bankruptcy Court dated October 26, 2010. This Declaration is submitted in support of Plaintiff's Motion for Entry of Final Judgments on Default against Defendant Douglas L. Swenson.

(2)     I have reviewed the books and records of DBSI and the Trust to identify transfers made to or for the benefit of Douglas Swenson by DBSI, including entities substantively consolidated with it in the aforementioned bankruptcy proceedings, during the four years preceding November 10, 2008, the date on which the first bankruptcy petition was filed by a DBSI affiliate (the "Petition Date"). There are a large number of such transactions. Therefore, to minimize the burden on the Court and the Trust, I have identified in this Declaration only some of the more substantial transfers to or for the benefit of Douglas Swenson.

(3)     In the four years preceding the Petition Date, DBSI Investments, L.P., formerly known as DBSI Properties Co. L.P., made the following distributions to Douglas Swenson. Copies of checks for each of these distributions is attached hereto as Exhibit A.

| Date | Transferor | Amount |
|------|------------|--------|
| 11/15/2004 | DBSI Investments, LP | $12,919.33 |
| 11/30/2004 | DBSI Investments, LP | $28,750.00 |
| 12/15/2004 | DBSI Investments, LP | $12,919.33 |
| 12/30/2004 | DBSI Investments, LP | $28,750.00 |
| 1/14/2005 | DBSI Investments, LP | $31,016.71 |
| 1/27/2005 | DBSI Investments, LP | $500,000.00 |
| 1/31/2005 | DBSI Investments, LP | $31,016.71 |
| 2/15/2005 | DBSI Investments, LP | $31,016.71 |
| 2/28/2005 | DBSI Investments, LP | $31,016.71 |
| 3/14/2005 | DBSI Investments, LP | $31,016.71 |
| 3/31/2005 | DBSI Investments, LP | $31,016.71 |
| 4/15/2005 | DBSI Investments, LP | $31,016.71 |

**DECLARATION OF MATTHEW R. MCKINLAY IN SUPPORT OF PLAINTIFF TRUSTEE'S MOTION FOR ORDER GRANTING FINAL JUDGMENT ON DEFAULT AGAINST DEFENDANT DOUGLAS L. SWENSON - 2**

| | | |
|---|---|---|
| 4/29/2005 | DBSI Investments, LP | $31,016.71 |
| 5/12/2005 | DBSI Investments, LP | $31,016.71 |
| 5/26/2005 | DBSI Investments, LP | $31,016.71 |
| 6/15/2005 | DBSI Investments, LP | $31,016.71 |
| 6/29/2005 | DBSI Investments, LP | $31,016.71 |
| 7/14/2005 | DBSI Investments, LP | $31,016.71 |
| 7/29/2005 | DBSI Investments, LP | $31,016.71 |
| 8/12/2005 | DBSI Investments, LP | $31,016.71 |
| 8/29/2005 | DBSI Investments, LP | $31,016.71 |
| 9/14/2005 | DBSI Investments, LP | $31,016.71 |
| 10/3/2005 | DBSI Investments, LP | $31,016.71 |
| 10/13/2005 | DBSI Investments, LP | $31,016.71 |
| 10/26/2005 | DBSI Investments, LP | $100,000.00 |
| 10/31/2005 | DBSI Investments, LP | $31,016.71 |
| 11/14/2005 | DBSI Investments, LP | $31,016.71 |
| 11/29/2005 | DBSI Investments, LP | $31,016.71 |
| 12/14/2005 | DBSI Investments, LP | $31,016.71 |
| 12/30/2005 | DBSI Investments, LP | $31,016.71 |
| 1/16/2006 | DBSI Investments, LP | $36,016.71 |
| 1/31/2006 | DBSI Investments, LP | $36,016.71 |
| 2/14/2006 | DBSI Investments, LP | $36,016.71 |
| 2/28/2006 | DBSI Investments, LP | $36,016.71 |
| 3/15/2006 | DBSI Investments, LP | $36,016.71 |
| 3/28/2006 | DBSI Investments, LP | $36,016.71 |
| 4/13/2006 | DBSI Investments, LP | $36,016.71 |
| 4/28/2006 | DBSI Investments, LP | $36,016.71 |
| 5/15/2006 | DBSI Investments, LP | $36,016.71 |
| 5/31/2006 | DBSI Investments, LP | $36,016.71 |
| 6/14/2006 | DBSI Investments, LP | $36,016.71 |
| 6/29/2006 | DBSI Investments, LP | $36,016.71 |
| 7/14/2006 | DBSI Investments, LP | $36,016.71 |
| 7/28/2006 | DBSI Investments, LP | $36,016.71 |
| 8/14/2006 | DBSI Investments, LP | $36,016.71 |
| 8/31/2006 | DBSI Investments, LP | $36,016.71 |
| 9/14/2006 | DBSI Investments, LP | $36,016.71 |
| 9/29/2006 | DBSI Investments, LP | $36,016.71 |
| 10/16/2006 | DBSI Investments, LP | $36,016.71 |
| 10/31/2006 | DBSI Investments, LP | $36,016.71 |
| 11/14/2006 | DBSI Investments, LP | $36,016.71 |
| 11/28/2006 | DBSI Investments, LP | $36,016.71 |
| 12/15/2006 | DBSI Investments, LP | $36,016.71 |

**DECLARATION OF MATTHEW R. MCKINLAY IN SUPPORT OF PLAINTIFF TRUSTEE'S MOTION FOR ORDER GRANTING FINAL JUDGMENT ON DEFAULT AGAINST DEFENDANT DOUGLAS L. SWENSON - 3**

| 12/29/2006 | DBSI Investments, LP | $36,016.71 |
|---|---|---|
| 1/15/2007 | DBSI Investments, LP | $36,016.71 |
| 1/31/2007 | DBSI Investments, LP | $36,016.71 |
| 2/15/2007 | DBSI Investments, LP | $36,016.71 |
| 2/28/2007 | DBSI Investments, LP | $36,016.71 |
| 3/15/2007 | DBSI Investments, LP | $36,016.71 |
| 3/30/2007 | DBSI Investments, LP | $36,016.71 |
| 4/16/2007 | DBSI Investments, LP | $36,016.71 |
| 4/30/2007 | DBSI Investments, LP | $36,016.71 |
| 5/15/2007 | DBSI Investments, LP | $36,016.71 |
| 6/1/2007 | DBSI Investments, LP | $36,016.71 |
| 6/15/2007 | DBSI Investments, LP | $36,016.71 |
| 6/29/2007 | DBSI Investments, LP | $36,016.71 |
| 7/16/2007 | DBSI Investments, LP | $36,016.71 |
| 7/31/2007 | DBSI Investments, LP | $36,016.71 |
| 8/15/2007 | DBSI Investments, LP | $36,016.71 |
| 8/31/2007 | DBSI Investments, LP | $36,016.71 |
| 9/14/2007 | DBSI Investments, LP | $36,016.71 |
| 9/28/2007 | DBSI Investments, LP | $36,016.71 |
| 10/15/2007 | DBSI Investments, LP | $36,016.71 |
| 11/1/2007 | DBSI Investments, LP | $36,016.71 |
| 11/20/2007 | DBSI Investments, LP | $36,016.71 |
| 12/3/2007 | DBSI Investments, LP | $36,016.71 |
| 12/17/2007 | DBSI Investments, LP | $36,016.71 |
| 12/31/2007 | DBSI Investments, LP | $36,016.71 |
| 2/5/2008 | DBSI Investments, LP | $72,033.42 |
| 3/4/2008 | DBSI Investments LP | $72,033.42 |
| 4/3/2008 | DBSI Investments LP | $72,033.42 |
| 4/30/2008 | DBSI Investments, LP | $36,016.71 |
| 4/30/2008 | DBSI Investments, LP | $36,016.71 |
| 5/15/2008 | DBSI Investments, LP | $36,016.71 |
| 5/30/2008 | DBSI Investments, LP | $36,016.71 |
| 6/13/2008 | DBSI Investments, LP | $36,016.71 |
| | **Total** | **$3,552,725.59** |

(4)     DBSI and some of its substantively consolidated debtors also made tax payments on behalf Douglas Swenson. In the four years preceding the Petition Date, it appears that the following tax payments, among many others, were made on behalf of Douglas Swenson. Copies

**DECLARATION OF MATTHEW R. MCKINLAY IN SUPPORT OF PLAINTIFF TRUSTEE'S MOTION FOR ORDER GRANTING FINAL JUDGMENT ON DEFAULT AGAINST DEFENDANT DOUGLAS L. SWENSON - 4**

of the checks evidencing these payments are attached hereto as Exhibit B.  Each of these checks

bears Mr. Swenson's social security number (which has been redacted from the filed versions of

the checks), thus indicating that the payment was made on behalf of Mr. Swenson.

| Date | Transferor | Payee | Amount |
|---|---|---|---|
| 04/15/2005 | FOR 1031 LLC | Internal Revenue Service | $14,115,000 |
| 04/15/2005 | DBSI Inc. | Idaho State Tax Commission | $340,000 |
| 04/17/2006 | DBSI Investments, LP | Internal Revenue Service | $250,000 |
| 01/18/2007 | DBSI Investments, LP | Idaho State Tax Commission | $275,988 |
| 11/14/2007 | DBSI Investments, LP | Oregon Department of Revenue | $106,674 |
| | | Total | $15,087,662 |

(5)     The transfers listed above total $18,640,387.59.  The transfers listed above from

DBSI Investments, L.P. occurring within two years of the Petition Date total $1,787,313.69.

I declare under penalty of perjury that the foregoing statements made by me are true and

correct.

Dated: <u>May 6, 2015</u>
        Boise, Idaho                                          Matthew R. McKinlay

**DECLARATION OF MATTHEW R. MCKINLAY IN SUPPORT OF PLAINTIFF TRUSTEE'S MOTION FOR ORDER GRANTING FINAL JUDGMENT ON DEFAULT AGAINST DEFENDANT DOUGLAS L. SWENSON - 5**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of May, 2014, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Ari David Kunofsky    ari.d.kunofsky@usdoj.gov, eastern.taxcivil@usdoj.gov
Brett S. Theisen    btheisen@gibbonslaw.com
Carolyn Graff Wade    carolyn.g.wade@doj.state.or.us, karen.vincent@doj.state.or.us
Christopher Walsh    cwalsh@gibbonslaw.com
Craig Gerald Taylor    cgtaylor@stm-law.com
David D. Lennon    dlennon@ncdoj.gov
Donn D. Rosenblum    donn.rosenblum@ohioattorneygeneral.gov
F. Mark Bromley    bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us
George Robert Brown    george.brown@tax.idaho.gov, legalpleadings@tax.idaho.gov
Heather L. Donald    donaldh@michigan.gov
James B. Holden    james.holden@state.co.us
James C. Jacobsen    jjacobsen@nmag.gov
James M. Woodruff    jim.woodruff@nebraska.gov, nick.kucirek@nebraska.gov
John Edward Waters    john.waters@iowa.gov
Keely E. Duke    ked@dukescanlan.com, klb@dukescanlan.com,
    sls@dukescanlan.com
Kevin Alan Griffiths    kag@dukescanlan.com, klb@dukescanlan.com
Kimberly Cygan    kim.cygan@azag.gov
Mark Barry Conlan    mconlan@gibbonslaw.com
Michael F. Quinn    mquinn@gibbonslaw.com
Monte N. Stewart    stewart@stm-law.com, dbower@stm-law.com, sarah.paralegal@yahoo.com,
    tkildow@stm-law.com
Randall J. Wharton    randall.wharton@kdor.ks.gov
Randall S. Barnum    randall@barnumlaw.com, stacie@barnumlaw.com
Robin J. Leigh    rleigh@law.ga.gov
Samuel I. Portnoy    sportnoy@gibbonslaw.com
Stacy J. McNeill    smcneill@btjd.com, AmberEllis@btjd.com, docketing@btjd.com
Stephen W. Lewis    slewis@utah.gov
Steven A. Ginther    id@dor.mo.gov
Tasha B. Thompson    thompst@sctax.org
Thomas A. Knowlton    thomas.a.knowlton@maine.gov, amy.oliver@maine.gov
Todd M. Bailey    Todd.Bailey@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov

The foregoing document was served via U.S. Mail on the following recipients:

Douglas L. Swenson    2227 Trestle Drive
    Meridian, ID 83646


    /s/Keely E. Duke
    Keely E. Duke

**DECLARATION OF MATTHEW R. MCKINLAY IN SUPPORT OF PLAINTIFF TRUSTEE'S MOTION FOR ORDER GRANTING FINAL JUDGMENT ON DEFAULT AGAINST DEFENDANT DOUGLAS L. SWENSON - 6**