IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES R. ZAZZALI,<br><br>       Plaintiff,<br><br>  v.<br><br>DOUGLAS SWENSON, *et al.,*<br><br>       Defendants. | Civil No. 1:13-cv-00086-S-MJP<br><br>**UNITED STATES' OPPOSITION TO TRUSTEE'S MOTION FOR SUMMARY JUDGMENT AND UNITED STATES' CROSS-MOTION FOR SUMMARY JUDGMENT** |

      The United States of America opposes the Trustee's motion for summary judgment (Dkt. No. 237) and cross-moves the Court for summary judgment in its favor pursuant to Fed. R. Civ. P. 56 and L. Civ. R. 7.1 regarding whether the Trustee may recover the $3,620,718.78 refunded by the United States to the DBSI "insiders." With respect to the $3,620,718.78, the Ninth Circuit Court of Appeals remanded this case so that the district court could apply the "dominion test" in determining whether the United States was a transferee or a conduit under 11 U.S.C. § 550. (Dkt. No. 234.) There is no genuine dispute of material fact that United States was a conduit and not a transferee under the dominion test, because it had no discretion on if, when, and how to distribute these funds. Accordingly, the Trustee's motion for summary judgment should be denied, and judgment should be granted in favor of the United States.

1

In support of its cross-motion for summary judgment and opposition to the Trustee's motion for summary judgment, the United States attaches a memorandum in support, declaration, and statement of facts. The memorandum, declaration, and statement of facts are incorporated by reference. A proposed order is also submitted with this motion.

Date: March 15, 2018

    Respectfully submitted,

    RICHARD E. ZUCKERMAN
    Principal Deputy Assistant Attorney General
    Tax Division

    */s/ Ari D. Kunofsky* _____
    ARI D. KUNOFSKY
    KIERAN O. CARTER
    Trial Attorneys, Tax Division
    U.S. Department of Justice
    Post Office Box 227
    Washington, D.C. 20044
    Telephone: (202) 353-9187
    Facsimile: (202) 514-6866
    Email: Ari.D.Kunofsky@usdoj.gov

    BART M. DAVIS
    United States Attorney
    *Of counsel*