IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES R. ZAZZALI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS SWENSON, *et al.,*<br><br>　　　　Defendants. | Civil No. 1:13-cv-00086-S-MJP<br><br>**RESPONSE TO STATEMENT OF UNDISPUTED FACTS & UNITED STATES' STATEMENT OF ADDITIONAL FACTS** |

　　　　The United States responds to the Trustee's Statement of Undisputed Facts in Support of his Motion for Summary Judgment (Dkt. No. 237) and states as follows:

**UNITED STATES' RESPONSE
TO TRUSTEE'S STATEMENT OF UNDISPUTED FACTS**

　　　　1.　　The United States admits the allegations of paragraph 1 are consistent with the Transfers listed in the Court's Final Judgment.  (*See* Dkt. No. 221, Final Judgment.)

　　　　2.　　The United States admits the payments were applied to the individual tax accounts of Swenson, Reeve, and Bringhurst ("Insiders") as explained in paragraphs 5-22.  The United States denies these payments acted as a full or final "satisfaction" of the tax obligation that are owed by those Insiders or that may be owed by those Insiders.  The United States also denies that all the payments were made with intent to satisfy a then-current tax liability.

　　　　3.　　The United States denies the allegation of paragraph number 3, but concedes that this Court has ruled to the contrary.  (Dkt. No. 220, 221.)

　　　　4.　　The United States admits the allegations of paragraph number 4.

　　　　5.　　The United States admits that the various payments and refunds were made on the dates and in the amounts listed in Plaintiff's paragraphs 5 through 22.

1

6. The United States admits the allegations of paragraph number 23.

**UNITED STATES' STATEMENT OF UNDISPUTED FACTS**

In support of the United States' Cross-Motion for Summary Judgment, Defendant United States alleges the following additional facts:

24. The IRS refunded the overpayments described in Plaintiff's paragraphs 5 through 22 shortly after receiving the applicable taxpayers' timely claim for refund, whether through an original tax return or amended tax return. (*See* IRS Transcripts, Dkt. Nos. 237-9 to 237-13.)

25. In the criminal prosecution of Douglas Swenson, the United States traced two of the refunds (described in Plaintiffs' Statement of Facts ¶¶ 8-9) paid to Douglas Swenson in 2007 and 2008, through a variety of entities and bank accounts. (*See* Ex. 201, *USA v. Swenson*, 13-cr-91-BLW (D. Idaho), Criminal Exhibit 2100 (summary of tracing); Ex. 202, Stipulation and Consent Order, Recital ¶ 1.) The United States seized $1,375,431 in cash, which the Trustee and United States stipulated were traceable to these refunds paid in 2007 and 2008. *Id*.

26. The United States and Trustee stipulated to have the $1.3 million transferred to the Trustee. (Ex. 202, Order ¶ 1.) A Stipulation and Consent Order memorializing this stipulation was entered on July 12, 2017. *Id*.

27. The Order specifically notes that if "the Trustee is successful in obtaining any additional judgment against the United States . . . then the United States shall be entitled to a dollar-for-dollar credit against such additional judgment up to the full amount of the Seized Funds actually delivered to the Trustee . . . ." (*Id*. ¶ 4.)

28. On August 25, 2017, Trustee's counsel confirmed that the estate had received the Seized Funds. (Ex. 203, Email from Marc Conlan to AUSA Bill Humphries.)

Date: March 15, 2018                    Respectfully submitted,

                                        RICHARD E. ZUCKERMAN
                                        Principal Deputy Assistant Attorney General
                                        Tax Division

                                        */s/ Ari D. Kunofsky* _____
                                        ARI D. KUNOFSKY
                                        KIERAN O. CARTER
                                        Trial Attorneys, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Washington, D.C. 20044
                                        Telephone: (202) 353-9187
                                        Facsimile: (202) 514-6866
                                        Email: Ari.D.Kunofsky@usdoj.gov

                                        BART M. DAVIS
                                        United States Attorney
                                        *Of counsel*