# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 9, 2018

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 1 5 2018

FILED _____
DOCKETED _____
DATE              INITIAL

     Re:  United States
          v. James R. Zazzali, as Trustee for the DBSI Estate Litigation
          Trust
          Application No. 17A960
          (Your No. 16-35597)

Dear Clerk:

     The application for an extension of time within which to file a petition
for a writ of certiorari in the above-entitled case has been presented to
Justice Kennedy, who on March 9, 2018, extended the time to and including
April 19, 2018.

     This letter has been sent to those designated on the attached
notification list.

                Sincerely,

                **Scott S. Harris**, Clerk

                by

                Jacob A. Levitan
                Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Noel J. Francisco
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526